# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GERALDINE WALLUS<br>        Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>        Defendants. | Court File No. 20-cv-1745 |
| MUSTAFA SULTAN,<br>        Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>        Defendants. | Court File No. 20-cv-1747 |
| JEFFREY BOYETTE,<br>        Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>        Defendants. | Court File No. 20-cv-1749 |
| JAY WASYLYNA,<br>        Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>        Defendants. | Court File No. 20-cv-1753 |

| | |
|---|---|
| ROBERT WALLACE,<br>          Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>          Defendants. | Court File No. 20-cv-1757 |
| FOREST TAYLOR,<br>          Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>          Defendants. | Court File No. 20-cv-1758 |
| DOUGLAS BRACA<br>          Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>          Defendants. | Court File No. 20-cv-1763 |
| GARY MARTIN<br>          Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>          Defendants. | Court File No. 20-cv-1765 |

| | |
|---|---|
| RUSSEL NISBET,<br>         Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>         Defendants. | Court File No. 20-cv-1769 |
| VAUGHN SCHER<br>         Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>         Defendants. | Court File No. 20-cv-1771 |
| COREY SHOTT,<br>         Plaintiff,<br><br>v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br>         Defendants. | Court File No. 20-cv-1772 |

**RULE 7.1 COMPLIANCE CERTIFICATE**

The undersigned hereby certifies that, pursuant to Local Rule 7.1(f), Plaintiffs' Memorandum in Support of Motion to Remand for Lack of Subject Matter Jurisdiction contains 9,144 words, as determined through the word count feature of the Microsoft Word for Mac 2020 word processing software used to prepare the memorandum. The word processing program has been applied specifically to include all text within the body of the document, including

3

headings, footnotes, and quotations. The memorandum was prepared in 13-point font in accordance with the type size limitation of Local Rule 7.1(h).

Dated:  September 9, 2020                                   <u>s/Mikal C. Watts</u>
                                                            Mikal C. Watts